UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE PERUZZI SCERBO,
     Plaintiff,

vs.                          CASE NO. 8:04-CIV-1458-T-17-TBM

FORD MOTOR COMPANY,
     Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas B. McCoun III on August 19, 2005 (Docket No. 30). The magistrate judge recommended that the Court should dismiss the action for failure to prosecute and to direct the Clerk to terminate all pending motions and to close the file.

     Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections were due to be filed by September 6, 2005, but to date none have been filed.

## STANDARD OF REVIEW

     When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines,**

CASE NO. 8:04-CIV-1458-T-17

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated August 19, 2005 (Docket No. 30) be **adopted** and **incorporated by reference**; this cause of action is **dismissed for failure to prosecute** and the Clerk of Court is directed to close this case and terminate all pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge